UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81119-CIV-RYSKAMP/VITUNAC

DAHLIA DAVIS, as Personal Representative
of the Estate of Andrew A. Cooke, Decedent,

        Plaintiff,

v.

GIRARDIN MINIBUS, INC., a foreign corporation,
and CARPENTER BUS SALES, INC., a foreign
corporation,

        Defendants.
_____/

## ORDER ON PLAINTIFF'S AGREED MOTION FOR EXTENSION OF DEADLINES TO DESIGNATE AND DEPOSE EXPERT WITNESSES

THIS CAUSE having come before this Court upon the Plaintiff's Agreed Motion for Extension of Deadlines to Designate and Depose Expert Witnesses, [DE 73] the Court having reviewed same, it is hereby

ORDERED and ADJUDGED, that the motion is GRANTED.

It is therefore ORDERED and ADJUDGED that the deadlines for designating and deposing expert witnesses are extended as follows:

### May 5, 2008

Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses and their reports intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the (14) day period following this disclosure, the Plaintiff shall make its experts available for deposition by the Defendants. The experts' depositions may be conducted without further Order from the Court.

### June 24, 2008

Defendants shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses and their reports, intended to be

called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the fourteen (14) day period following this disclosure, the Defendant shall make its experts available for deposition by the Plaintiff. The experts' depositions may be conducted without further Order from the Court.

DONE and ORDERED in Chambers in West Palm Beach County, Florida, this 7th day of April, 2008.

_____
Hon. Kenneth L. Ryskamp

**Copies furnished to:**
All counsel on the attached list